# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARIAH Y. FLETCHER,**

    Plaintiff,

-vs-                                            Case No. 14-C-1106

**CAROLYN COLVIN,**
**Acting Commissioner of Social Security,**

    Defendant.

## DECISION AND ORDER

The defendant moves to dismiss this action for want of prosecution because the plaintiff, Mariah Fletcher, failed to file a brief in a timely manner pursuant to the briefing schedule established by the Court. ECF No. 9. Cases ordinarily should not be dismissed for want of prosecution without first providing an explicit warning to the plaintiff. *Sharif v. Wellness Int'l Network, Ltd.*, 376 F.3d 720, 725 (7th Cir. 2004). Therefore, the Court will modify the briefing schedule, but if Fletcher fails to file a brief within **thirty (30) days** of the date of this Order, this matter will be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b). Should Fletcher file her brief in a timely manner, the defendant may file a reply brief within **thirty (30) days** of plaintiff's filing. The appeal procedure described in the Court's briefing letter (ECF No. 9) is still in force.

Defendant's motion to dismiss [ECF No. 16] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 30th day of March, 2015.

        **SO ORDERED:**

        _____
        **HON. RUDOLPH T. RANDA**
        **U.S. District Judge**