# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARIAH Y. FLETCHER,**

  Plaintiff,

 -vs-              Case No. 14-C-1106

**CAROLYN COLVIN,**
**Acting Commissioner of Social Security,**

  Defendant.

## DECISION AND ORDER

  On March 30, the Court issued an order warning the *pro se* plaintiff, Mariah Fletcher, that if she failed to file her brief within thirty days, this matter would be dismissed for want of prosecution. Before that deadline expired, Fletcher moved for another extension. The government did not oppose this motion, which the Court granted, extending the time for filing another thirty days. That time has now passed without Fletcher filing her brief. Therefore, this matter is **DISMISSED** for lack of prosecution. Fed. R. Civ. P. 41(b). The Clerk of Court is directed to enter judgment accordingly.

  Dated at Milwaukee, Wisconsin, this 23rd day of June, 2015.

                SO ORDERED:

                _/s/ Rudolph T. Randa_
                HON. RUDOLPH T. RANDA
                U.S. District Judge